IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALEXA SPRIGGS, et al,

    Plaintiffs,

v.                                   Civil Case No. <u>1:20-cv-3395</u>

GEORGE MERLING, et al.

    Defendants.

## INITIAL JOINT STATUS REPORT

Plaintiffs Alexa Spriggs and Ian Beattie ("Plaintiffs"), by and through their undersigned counsel and Defendants George Merling and Allegany Medical Marijuana Dispensary, LLC ("Defendants")(jointly "The Parties"), through their undersigned counsel, pursuant to the Court's Scheduling Order [Doc 005] dated January 5, 2021, hereby file their *Initial Joint Status Report*, and state the following:

### Requests for Modifications

The parties jointly request the following modifications to the deadlines:

| | |
|---|---|
| ~~March 5, 2021~~ **May 4, 2021**: | Plaintiff's Rule 26(a)(2) disclosures |
| ~~April 5, 2021~~ **June 4, 2021**: | Defendant's Rule 26(a)(2) disclosures |
| ~~April 19, 2021~~ **June 19, 2021**: | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| ~~April 26, 2021~~ **June 25, 2021**: | Rule 26(e)(2) supplementation of disclosures and responses |
| ~~May 19, 2021~~ **July 19, 2021**: | Discovery deadline; submission of status report |
| ~~May 26, 2021~~ **July 26, 2021**: | Requests for admission |
| ~~June 18, 2021~~ **August 17, 2021**: | Dispositive pretrial motions deadline |

### Report on Early Settlement / ADR Conference

Based upon preliminary consultation, the parties do not believe an early settlement / ADR conference session with a Magistrate Judge would be fruitful.

1

### Report on Deposition Hours

The parties believe the deposition hour limit allowed under the Scheduling Order to be sufficient for this matter.

### Report on Unanimous Consent to Proceed before a United States Magistrate Judge

The parties do not unanimously consent to proceed before a United States Magistrate Judge

### Report on the Scope of Discovery / ESI

The parties jointly desire to minimize wasteful and unnecessary discovery.  To that extent, the parties have discussed and will be providing Initial Disclosures in conformance with the *Initial Discovery Protocols for Employment Cases Alleging Adverse Action*.

The parties have agreed that any ESI will be preserved by counsel in its native format for inspection upon request, but in order to reduce costs and promote efficiency will be produced in a mutually agreeable format (e.g. PDF or Excel Spreadsheet).

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| / s / | / s / |
| Roy Lyford-Pike, Bar Number: 19836 | Jason C. Buckel, Bar No: 24766 |
| Philip B. Zipin, Bar Number: 03932 | T. Lee Beeman, Jr., Bar Number: 19613 |
| Zipin, Amster & Greenberg, LLC | Buckel, Levasseur, |
| 8757 Georgia Avenue, Suite 400 | Pillai & Beeman, LLC |
| Silver Spring, Maryland 20910 | 206 Washington, Street |
| Tel: (301) 587-9373 | Cumberland, Maryland 21502 |
| Email: rlpike@zagfirm.com | Tel: (301) 759-3700 |
|       pzipin@zagfirm.com | Email: lbeeman@blpblaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of January, 2021, a true and correct copy of the foregoing was served through the CF/ECF system on all parties entitled to service.

                                           / s /
                               By: T. Lee Beeman, Jr., Bar No. 19613