# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ALEXA SPRIGGS, et al,

    Plaintiffs,

    v.                                    Civil Case No. 1:20-cv-3395

GEORGE MERLING, et al.

    Defendants.

## JOINT STATUS REPORT

Plaintiffs Alexa Spriggs and Ian Beattie ("Plaintiffs"), by and through their undersigned counsel and Defendants George Merling and Allegany Medical Marijuana Dispensary, LLC ("Defendants") (jointly "The Parties"), through their undersigned counsel, hereby file this Joint Status Report, and state the following:

The Parties sincerely apologize for the tardiness of this Report. The delay is due solely to counsel's schedules, and not in any part due to their clients.

**A. Whether discovery has been completed.**

That Parties have not been able to complete discovery. Along with this Joint Status Report, the Parties also file a Joint Motion for Extension of Time requesting a final 90-day extension of deadlines (less than 60 days from today) to complete discovery. The parties have engaged in written discovery and are working to schedule depositions. Unfortunately, the Parties have not been able to find workable deposition dates to date, and there remain a more documents for each side to produce.

Counsel are confident that an additional 60 days will be sufficient to meet the remaining discovery needs in this case: the production of the final outstanding documents from each side, and depositions of the Parties. At that point, the Parties will be in position to make meaningful

efforts to resolve this case at mediation and, if mediation is unsuccessful, then file dispositive motions.

**B. Whether any motions are pending.**

There remains pending the Parties' Joint Motion for Extension of Deadlines. As described above, the Parties request one final extension of discovery to wind up the few outstanding issues.

**C. Whether any party intends to file a dispositive pretrial motion.**

Plaintiffs intend to file a motion for partial summary judgment on their wage and hour claim only.

Defendants intend to file a motion for summary judgment.

**D. Whether the case is to be tried jury or non-jury and the anticipated length of trial.**

Plaintiffs prayed a jury trial in their Complaint. The Parties anticipate that trial would take four days.

**E. A certification that the parties have met to conduct serious settlement negotiations; and the date, time and place of the meeting and the names of all persons participating therein.**

The Parties have not met to conduct these negotiations yet. The Parties intend to engage in serious settlement negotiations once the remaining discovery issues are resolved: final production of documents and depositions.

**F. Whether each party believes it would be helpful to refer this case to another judge of this court for a settlement or other ADR conference, either before or after the resolution of any dispositive pretrial motion.**

The parties believe it would be helpful to refer this case for mediation prior to the filing of dispositive pretrial motions.

G. **Whether all parties consent, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge conduct all further proceedings in this case, either before or after the resolution of any dispositive pretrial motion, including trial (jury or non-jury) and entry of final judgment.**

The Parties do not consent.

H. **Any other matter which you believe should be brought to the court's attention.**

The Parties have no other matter to bring to the Court's attention at this time.


Respectfully submitted,                               Respectfully submitted,


\_\_\_\_/ s /_____                    \_\_\_\_/ s /_____
Roy Lyford-Pike, Bar Number: 19836                    Jason C. Buckel, Bar No: 24766
Philip B. Zipin, Bar Number: 03932                    T. Lee Beeman, Jr., Bar Number: 19613
Zipin, Amster & Greenberg, LLC                        Buckel, Levasseur,
8757 Georgia Avenue, Suite 400                        Pillai & Beeman, LLC
Silver Spring, Maryland 20910                         206 Washington, Street
Tel: (301) 587-9373                                   Cumberland, Maryland 21502
Email: rlpike@zagfirm.com                             Tel: (301) 759-3700
           pzipin@zagfirm.com                         Email: lbeeman@blpblaw.com
*Counsel for Plaintiffs*                              *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 27th day of October, 2021, a true and correct copy of the foregoing was served through the CF/ECF system on all parties entitled to service.

                                                     / s /  
                                       By: Roy Lyford-Pike, Bar No. 19836