## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALEXA SPRIGGS, *et al*. | * | |
|    Plaintiffs, | * | |
| | * | |
|   v. | * | Case No.: 1:20-cv-3395 |
| | * | |
| GEORGE MERLING, *et al*. | * | |
|    Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

This matter is before the Court upon the Parties' Joint Motion for Extension of Scheduling Order (the "Joint Motion").  Upon consideration of the Joint Motion, and the record herein, and finding it appropriate to do so, it is on this 28th day of October, 2021, hereby

**ORDERED,** that the Joint Motion is GRANTED; and it is further

**ORDERED,** that the Scheduling Order is EXTENDED as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery deadline; submission of status report | September 20, 2021 | December 20, 2021 |
| Requests for admission | September 27, 2021 | December 27, 2021 |
| Dispositive pretrial motions deadline | October 18, 2022 | January 18, 2022 |

/s/
_____
The Honorable Stephanie A. Gallagher
United States District Judge