IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ALEXA SPRIGGS, et al,

    Plaintiffs,

v.                          Civil Case No. 1:20-cv-3395

GEORGE MERLING, et al.

    Defendants.

**JOINT STATUS REPORT REGARDING DISCOVERY**

Plaintiffs Alexa Spriggs and Ian Beattie ("Plaintiffs"), by and through their undersigned counsel and Defendants George Merling and Allegany Medical Marijuana Dispensary, LLC ("Defendants") (jointly "The Parties"), through their undersigned counsel, hereby file this Joint Status Report, and state the following:

The Parties sincerely apologize for the tardiness of this Report. The delay is due solely to counsel's schedules, and not in any part due to their clients.

**A. Whether discovery has been completed.**

That Parties have not been able to complete discovery. Along with this Joint Status Report, the Parties also file a Joint Motion for Extension of Time requesting to extend the discovery deadline to Friday, April 1, 2022. The parties have engaged in written discovery and are working to schedule depositions. Unfortunately, the Parties have attempted to schedule the depositions on multiple occasions, which have necessarily been rescheduled due to a variety of issues. During this time, at separate times, Defendants have contracted COVID-19, Defendant's counsel has contracted COVID-19, Defendant's counsel's office has been closed due to office-wide COVID-19 exposure on two occasions, Plaintiff's Counsel has contracted COVID-19, and Plaintiff Alexa Spriggs went into early induced labor last week. To add to the difficulties listed above, Jason

Buckel, lead counsel on behalf of Defendants is a member of the Maryland General Assembly and largely unavailable from January 12, 2022 through April 11, 2022. Presently, depositions have been scheduled in this matter for March 24, 25, and 28.

Counsel are confident that extending the discovery deadline to April 1, 2022 will allow for depositions to be completed as well as any follow-up necessary from the depositions. Presently, a Settlement Conference has been scheduled for May 6, 2022.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ___/ s /_____<br>Roy Lyford-Pike, Bar Number: 19836<br>Philip B. Zipin, Bar Number: 03932<br>Zipin, Amster & Greenberg, LLC<br>8757 Georgia Avenue, Suite 400<br>Silver Spring, Maryland 20910<br>Tel: (301) 587-9373<br>Email: rlpike@zagfirm.com<br>         pzipin@zagfirm.com<br>*Counsel for Plaintiffs* | ___/ s /_____<br>Jason C. Buckel, Bar No: 24766<br>T. Lee Beeman, Jr., Bar Number: 19613<br>Buckel, Levasseur,<br>Pillai & Beeman, LLC<br>206 Washington, Street<br>Cumberland, Maryland 21502<br>Tel: (301) 759-3700<br>Email: lbeeman@blpblaw.com<br>*Counsel for Defendants*<br>*Executed by Roy Lyford-Pike with permission |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of February, 2022, a true and correct copy of the foregoing was served through the CF/ECF system on all parties entitled to service.

/ s /
By: Roy Lyford-Pike, Bar Number: 19836