# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXA SPRIGGS, *et al.* <br>     Plaintiffs, | * <br> * <br> * |
| v. | *    Case No.: 1:20-cv-3395 <br> * |
| GEORGE MERLING, *et al.* <br>     Defendants. | * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This matter is before the Court upon the Parties' Joint Motion to Continue Settlement Conference (the "Joint Motion"). Upon consideration of the Joint Motion, and the record herein, and finding it appropriate to do so, it is on this 20 day of July, 2022, hereby

**ORDERED,** that the Joint Motion is GRANTED; and it is further

**ORDERED,** that Counsel are directed to contact Chambers via e-mail to coordinate scheduling of the Settlement Conference within the next thirty (30) days.

_____
The Honorable J. Mark Coulson
United States Magistrate Judge

