IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ALEXA SPRIGGS, *et al.* | * |
|     Plaintiffs, | * |
| | * |
| v. | *   Case No.:  1:20-cv-3395 |
| | * |
| GEORGE MERLING, *et al.* | * |
|     Defendants. | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiffs Alexa Spriggs and Ian Beattie ("Plaintiffs") jointly with Defendants George Merling and Allegany Medical Marijuana Dispensary, LLC ("Defendants", together the "Parties"), through their respective undersigned counsel, hereby move this Court to modify the Scheduling Order.  In further support, the Parties state as follows:

1. Presently, this matter is not subject to an active scheduling Order and has been continued generally to allow the parties to finish discovery and hold a Settlement Conference.

2. The parties have concluded discovery.  A Settlement Conference in this matter is scheduled for October 26, 2022 before Magistrate J. Mark Coulson.

3. The Parties are in agreement to modify the Scheduling Order in the following manner:

| | |
|---|---|
| Discovery Deadline[1] | September 16, 2022 |
| Requests for Admissions | September 23, 2022 |
| Dispositive Motions Deadline | Sixty (60) days after conclusion of Settlement Conference |

---

[1] The Parties have jointly identified specific written discovery requests that are outstanding and that each party is working to produce to the other party, and which the parties have agreed may be produced subsequent to the discovery deadline, but prior to October 12, 2022, when the parties' *ex parte* letters are due to Magistrate Coulson.

WHEREFORE, the Parties jointly move this Court to modify the Scheduling Order in this matter and for any such further relief as the Court deems necessary and just.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| _/ s / Roy Lyford-Pike_ | _/ s / T. Lee Beeman, Jr._ |
| Roy Lyford-Pike, Bar Number: 19836 | Jason C. Buckel, Bar No: 24766 |
| Philip B. Zipin, Bar Number: 03932 | T. Lee Beeman, Jr., Bar Number: 19613 |
| Zipin, Amster & Greenberg, LLC | Buckel, Levasseur, |
| 8757 Georgia Avenue, Suite 400 | Pillai & Beeman, LLC |
| Silver Spring, Maryland 20910 | 206 Washington, Street |
| Tel: (301) 587-9373 | Cumberland, Maryland 21502 |
| Email: rlpike@zagfirm.com | Tel: (301) 759-3700 |
|    pzipin@zagfirm.com | Email: lbeeman@blpblaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
|  | *Executed by Roy Lyford-Pike with permission |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2022, a true and correct copy of the foregoing was served through the CM/ECF system on all parties through their attorneys of record.

_/ s / T. Lee Beeman, Jr._
T. Lee Beeman, Jr., Bar Number: 19613