## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Spriggs, et al.

**Plaintiff,**

v.

Merling, et al.

**Defendant.**

\*

\*

\*

\*

\*

Case No.  1:20-cv-03395 SAG

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the

above-captioned civil matter hereby voluntarily waives the right to proceed before a United

States District Judge and consents to have a United States Magistrate Judge conduct any and all

further proceedings in the case, including trial, and order the entry of a final judgment.

10/31/22

Date

Signature of Party or Counsel *For Plaintiffs*

Philip B. Zipin

Printed Name

8757 Georgia Avenue #400, Silver Spring, MD 20910

Address

pzipin@zagfirm.com

Email Address

301-587-9373

Telephone Number

240-839-9142

Fax Number

MagistrateGeneralConsentCV (06/2016)