IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALEXA SPRIGGS, et al, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Case No. 20-cv-3395-JMC |
| GEORGE MERLING, et al, | * | |
| Defendants. | * | |

* * * * *

**ORDER APPROVING FLSA SETTLEMENT AGREEMENT**

Pending before the Court is the parties' Joint Motion for Approval of Settlement. (ECF No. 42). After careful consideration and review of both the pending Motion and the parties' October 28, 2022 letter to my Chambers,[1] I waive a hearing on this Motion, and it is hereby:

ORDERED that the parties' settlement agreement is APPROVED as a fair and reasonable resolution of the parties' Fair Labor Standards Act ("FLSA") dispute;[2]

ORDERED that the parties' Joint Motion for Approval of Settlement (ECF No. 42) is GRANTED; and

---

[1] Although there is no written settlement agreement between the parties, the parties' agreement is memorialized in their pending Motion and the October 28, 2022 letter (attached as Exhibit A).

[2] In reviewing FLSA settlements for approval, "district courts in this circuit typically employ the considerations set forth by the Eleventh Circuit in *Lynn's Food Stores*." *Saman v. LBDP, Inc.*, No. DKC-12-1083, 2013 WL 2949047, at *3 (D. Md. June 13, 2013) (citing *Hoffman v. First Student*, Inc., No. WDQ-06-1882, 2010 WL 1176641, at *2 (D. Md. Mar. 23, 2010)); *Lopez v. NTI, LLC*, 748 F. Supp. 2d 471, 478 (D. Md. 2010)). The settlement must "reflect[] a fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Id.* The Court thus considers (1) whether there are FLSA issues actually in dispute, (2) the fairness and reasonableness of the settlement in light of the relevant factors from Rule 23, and (3) the reasonableness of the attorneys' fees, if included in the agreement. *Id.* (citing *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Lomascolo v. Parsons Brinckerhoff, Inc.*, No. 08-1310, 2009 WL 3094955, at *10 (E.D. Va. Sept. 28, 2009); *Lane v. Ko-Me, LLC*, No. DKC-10-2261, 2011 WL 3880427, at *2-3 (D. Md. Aug. 31, 2011)). Based on the parties' motion, I find that there are FLSA issues actually in dispute, and the settlement reached by the parties is reasonable. Additionally, based the parties' memorandum and Plaintiff's Counsels' declarations, I find that the amount of attorney's fees agreed upon is also reasonable under the lodestar analysis.

ORDERED that Plaintiffs' counsel submit a petition in support of their claimed fees on or before December 10, 2022.

Dated: December 5, 2022                                    /s/
                                             J. Mark Coulson
                                             United States Magistrate Judge

# Exhibit A

# BUCKEL, LEVASSEUR, PILLAI & BEEMAN, LLC

### ATTORNEYS AT LAW



LINDA W. BUCKEL
JASON C. BUCKEL
S. RAMANI PILLAI*
T. LEE BEEMAN, JR.*

RONALD J. LEVASSEUR, 1937-2020

*ALSO ADMITTED IN WV

October 28, 2022

**Sent via e-mail only to:** (mdd_jmcchambers@mdd.uscourts.gov)

The Hon. J. Mark Coulson
United States Magistrate Judge
United States District Court for the
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

RE: Spriggs, et al v. Merling, et al
Civil Case No.: 1:20-cv-03395-SAG

Dear Magistrate Coulson:

Our client(s) have advised us that they are amenable to entering into a settlement agreement structure as discussed Wednesday in the mediation in the above-referenced matter, whereby the Defendants would agree to settle the substantive FLSA and/or Maryland based wage and hour claims of Plaintiff Ian Beattie for Twenty Five Thousand Dollars ($25,000.00) and Plaintiff Alexa Spriggs for Twenty Thousand Dollars ($20,000.00), with no settlement sums allocated to any other claims of the respective plaintiffs. Moreover, the parties would also agree to litigate the issue of attorney's fees to be awarded to Plaintiffs' counsel (which were represented at the mediation as being at a current level of Thirty-Five Thousand Dollars ($35,000.00)) before you in your capacity as a Magistrate Judge of the United States District Court for the District of Maryland.

We would propose that Plaintiffs' counsel submit a petition in support of their claimed fees, including supporting exhibits, detailing an itemization of the expenditure of attorney time and expenses during the course of their representation, on or before December 1, 2022. Defendants would then file a response to the petition by or before December 31, 2022. We hope that such a proposal and schedule would be satisfactory to both the Court and opposing counsel.

Please let me know if the Court has any further directives or concerns regarding this issue and as to the setting of a schedule and process for the fee award

---

206 Washington Street
Cumberland, MD 21502
Phone: (301) 759-3700
Fax: (301) 722-0334

The Bryan Center
82 W. Washington Street, Suite 600
Hagerstown, Md 21740
Phone: (301) 393-3723

The Hon. J. Mark Coulson
  Re: Spriggs, et al v. Merling, et al
     Civil Case No.: 1:20-cv-03395-SAG
October 28, 2022
2 | P a g e

determination. As discussed, the parties would agree to wave any appeal of the fee award made pursuant to this process, which would become binding.

    Thank you for your efforts at resolution of this matter. We look forward to presenting arguments as to the fee award determination by the close of this calendar year.

    Very truly yours,

    ___/s/ Jason C. Buckel_____
    Jason C. Buckel, Bar No: 24766
    T. Lee Beeman, Jr., Bar Number: 19613
    Buckel, Levasseur, Pillai & Beeman, LLC
    206 Washington, Street
    Cumberland, Maryland 21502
    P: (301) 759-3700  F: (301) 722-0334
    Email: blpassistant@atlanticbbn.net
    *Counsel for Defendants*

Cc: Philip Zippin