IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ALEXA SPRIGGS, et al,** | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil Case No.: 1:20-cv-3395-JMC |
| **GEORGE MERLING, et al,** | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying Memorandum Opinion:

1. Plaintiffs' Petition for Attorney's Fees and Costs (ECF No. 46) is GRANTED in part and DENIED in part;

2. Plaintiffs are awarded attorneys' fees in the amount of $27,160.00;

3. Plaintiffs are awarded costs in the amount of $1,733.60; and

4. The total amount in attorneys' fees and costs awarded to Plaintiffs is $28,893.60.

Date: February 7, 2023

/s/
J. Mark Coulson
United States Magistrate Judge